**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Nasario Vasquez

Appellate case number:   01-21-00005-CR

Trial court case number:  1464140

Trial court:                      208th District Court of Harris County

    Relator's motion for rehearing and motion for en banc reconsideration are **denied**.
*See* TEX. R. APP. P. 41.2(c), 49.7.


Judge's signature: _____Justice Peter Kelly_____
                            ☐ Acting individually   ☒ Acting for the Court

En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  _September 21, 2021_____